UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
JERRY LUIS SANTIAGO,                   )
                                       )
        Plaintiff,                     )
                                       )
v.                                     ) Civil Action No. 11-30248-KPN
                                       )
COMMONWEALTH OF MASSACHUSETTS          )
DEPARTMENT OF STATE POLICE,            )
CHRISTOPHER KEYES, Individually and    )
in his Official Capacity as a Massachusetts )
State Trooper, JOHN DOE, Individually and )
in his Official Capacity as a Massachusetts )
State Trooper, and RICHARD ROE,        )
Individually and in his Official Capacity as a )
Hampden County Prosecutor,             )
                                       )
        Defendants.                    )
_____ )

**MOTION TO DISMISS OF DEFENDANT COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE POLICE**

NOW COMES the Defendant, Commonwealth of Massachusetts Department of State Police, by and through its counsel, the Attorney General of the Commonwealth of Massachusetts, and moves, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the Department of State Police as a party to the Plaintiff's complaint.

In support of its Motion to Dismiss, the Department of State Police has filed its Memorandum. The Department of State Police must be dismissed as a state agency is not subject to suit in federal court.

**L.R. 7.1(A)(2) CERTIFICATION**

1

On or about November 17, 2011, counsel for the Department of State Police obtained an extension to file a responsive pleading to the Plaintiff's complaint from Plaintiff's counsel to December 2, 2011. At that time, counsel for the Department of State Police believed that the case (Hampden County Civil Action No. 11-696) was still filed in Hampden Superior Court. At the time of receiving the extension, counsel for the Department of State Police was advised by Plaintiff's counsel that counsel for Defendant Christopher Keyes had filed a Notice of Removal to remove the case to the United States District Court. Counsel for the Department of State Police then reviewed the Notice of Removal, which stated that the Defendant Christopher Keyes was not seeking to remove the action against the Department of State Police.

On December 1, 2011, while preparing a Motion to Dismiss in this matter to be filed in Hampden Superior Court, counsel for the Department of State Police discovered, by reviewing the electronic docket sheet in Hampden County Civil Action No. 11-696, that the entire case had been transferred to the United States District Court. On the morning of December 2, 2011, at approximately 9:26 A.M., counsel for the Department of State Police contacted Plaintiff's counsel by telephone to discuss the filing of the present motion, and left a message with both counsel for the Plaintiff to call. As of the time of the filing of the present motion, Plaintiff's counsel had not called. Given that this is a dispositive motion that seeks the dismissal of the Department of State Police from this action, it may not have been possible to resolve or to narrow the issues.

**REQUEST FOR ORAL ARGUMENT**

The Department of State Police requests, pursuant to L.R. 7.1(D), that the court hold oral argument on this motion.

## CONCLUSION

WHEREFORE, the Commonwealth of Massachusetts Department of State Police requests this court to 1) enter an order allowing its Motion to Dismiss; and 2) enter a judgment in its favor, dismissing this action as to the Department of State Police only, and awarding such other relief as the court deems necessary.

Respectfully submitted,
**COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE POLICE**

By its attorney,
**MARTHA COAKLEY, ATTORNEY GENERAL**

\_\_\_/S/  Kerry Strayer_____
Kerry Strayer
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
Tel. No. 413-784-1240, ext. 7705
Fax No. 413-784-1244
e-mail:  kerry.strayer@state.ma.us
BBO No. 549404

DATED:   December 2, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2011, this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those

indicated as non-registered participants by first class mail, postage prepaid.

                                                  ___/S/ Kerry Strayer_____
                                                  Kerry Strayer
                                                  Assistant Attorney General